IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:13CR379 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| JAREZ D. WILSON, | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on December 19, 2025, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits 1-7 from Violation of Supervised Release hearing

held January 27, 2025

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:    December 19, 2025

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge