IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAREZ D. WILSON,<br><br>Defendant. | **8:13CR379**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Jarez D. Wilson (Filing No. 90). Alton E. Mitchell has filed an entry of appearance as CJA Counsel for Jarez D. Wilson. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 90) will be granted.

Yvonne D. Sosa shall forthwith provide Alton E. Mitchell any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Jarez D. Wilson's defense.

The clerk shall provide a copy of this order to Alton E. Mitchell.

**IT IS SO ORDERED.**

Dated this 5th day of October, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge